# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER T. OLIVER,<br><br>　　　　Plaintiff,<br>　vs.<br>IRON WORKERS UNION LOCAL 229, et al.,<br><br>　　　　Defendants. | CASE NO. 17cv0001-LAB (MDD)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

Sylvester Oliver filed a motion to proceed in forma pauperis to commence an action against his labor union and two steel companies for retaliation and harassment under Title VII. The EEOC issued Oliver a notice of right-to-sue last fall.

Litigants may commence an action without prepayment of fees when their claim isn't frivolous and they make a showing that they're unable to pay. 28 U.S.C. § 1915. The Court grants Oliver's motion to proceed in forma pauperis because, at this time, his complaint doesn't appear frivolous and his expenses indicate he's breaking even. *See Pouncil v. Tilton*, 704 F.3d 568, 574 (9th Cir. 2012) (courts must "construe pro se complaints liberally").[1] But since Oliver's earning about $2,000 a month, the Court requires him to pay $200 – half of the normal filing fee and 10% of his monthly income – if he wants to proceed.

///

---

[1] The Court cautions Oliver that although it doesn't find his complaint frivolous under the low threshold for § 1915 screening, his case may still be dismissed if the defendants file a 12(b)(6) motion. *Teahan v. Wilhelm*, 481 F. Supp. 2d 1115 (S.D. Cal. 2007).

1

Oliver hasn't alleged "exceptional circumstances" that warrant appointment of counsel. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). He presented his claims in a lucid and articulate manner. The Court denies his request for counsel.

Oliver must pay a $200 filing fee with the Clerk's office on or before **May 1, 2017**, if he wants to proceed. Once the filing fee is paid, the Court will issue a separate order directing the Clerk to issue a summons and the U.S. Marshal to serve the complaint. If Oliver fails to pay the fee on or before **May 1, 2017**, the Court shall dismiss the case.

**IT IS SO ORDERED**.

DATED: April 20, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge