UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER T. OLIVER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IRON WORKERS UNION LOCAL 229, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 17cv1-LAB(MSB)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXCUSE DEFENDANT'S INSURANCE REPRESENTATIVE FROM PHYSICALLY APPEARING AT THE SETTLEMENT CONFERENCE**<br>**[ECF NO. 78]** |

On February 26, 2019, Defendant Iron Workers Union Local 229 ("IWUL") filed an "Unopposed Motion to Excuse its Insurance Representative from Physically Appearing at the In-Person Settlement Conference." (Mot., ECF No. 78.) Defendant IWUL asks the Court to excuse its insurance representative, Dominic Vari, from physically appearing at the in-person Settlement Conference set for March 8, 2019. (Id. at 2.) In support, Defendant states that Mr. Vari "is carrying for his 87-year old mother on the East Coast who has health issues that are not expected to be resolved by March 8, 2019, and because he will be available by telephone during the settlement conference." (Id.; see also id., Vari Decl. at 2.) Defendant also asserts that it will have a representative with full settlement authority attend the scheduled Settlement Conference. (Id. at 2-3.) Finally, Defendant contends that counsel for Plaintiff and Defendants SME Contractors,

1

Inc. and SME Industries, Inc. do not object to this request. (Id. at 2; see also id., Fujimoto Decl. at 2.)

Having reviewed the unopposed motion, the Court finds good cause and **GRANTS** the motion. Defendant's IWUL's insurance representative, Dominc Vari, is excused from physically appearing at the in-person Settlement Conference set for March 8, 2019, at 9:30 a.m., provided that he will be available by telephone during the conference.

All other guidelines and requirements remain in effect.

**IT IS SO ORDERED.**

Dated: February 28, 2019

Honorable Michael S. Berg
United States Magistrate Judge