# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER T. OLIVER,<br><br>                              Plaintiff,<br><br>vs.<br><br>IRON WORKERS UNION LOCAL 229, et al.,<br><br>                            Defendants. | CASE NO. 17-cv-1-LAB (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkts. 91]** |

    The parties' joint motion to dismiss is **GRANTED**. Dkt. 91. Plaintiff's claims are **DISMISSED WITH PREJUDICE** as to all Defendants, with each party to bear its own costs and fees. FRCP 41(a). The clerk is directed to close the case.

    **IT IS SO ORDERED**.

Dated: June 25, 2019

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -